# EXHIBIT B

6:20-cv-01170-ADA   Document 38-2   Filed 11/03/21   Page 2



the digital designer's
# jargon buster

ILEX

ALASTAIR CAMPBELL

HERTF...

| CONTROL No | 193876 | |
|---|---|---|
| ITEM No | 4S3032818X | |
| CLASS No | 741.6 CAN | |
| SUPPLIER | PRICE | DATE |
| DAW | 1695 | 12/05 |

First published in the United Kingdom in 2004 by
I L E X
The Old Candlemakers
West Street
Lewes
East Sussex BN7 2NZ

ILEX is an imprint of The Ilex Press Ltd
Visit us on the Web at:
www.ilex-press.com

Copyright © 2004 The Ilex Press Limited

This book was conceived by
ILEX, Cambridge, England

Publisher Alastair Campbell
Executive Publisher Sophie Collins
Creative Director Peter Bridgewater
Editorial Director Steve Luck
Editor Adam Juniper
Design Manager Tony Seddon
Designer Ginny Zeal
Artwork Administrator Joanna Clinch

Commissioning Editor Alan Buckingham
Development Art Director Graham Davis
Technical Art Editor Nicholas Rowland

Any copy of this book issued by the publisher as a paperback is sold
subject to the condition that it shall not by way of trade or otherwise be
lent, resold, hired out or otherwise circulated without the publisher's prior
consent in any form of binding or cover other than that in which it is
published and without a similar condition including these words being
imposed on a subsequent purchaser.

British Library Cataloguing-in-Publication Data
A catalogue record for this book is available from the British Library

ISBN 1-904705-35-9

All rights reserved. No part of this publication may be reproduced or used
in any form, or by any means – graphic, electronic or mechanical,
including photocopying, recording or information storage-and-retrieval
systems – without the prior permission of the publisher.

Printed and bound in China

For more information on this title please visit
www.ddjbuk.web-linked.com



In any skill, trade or profession there will be words that are taken for granted, yet mean nothing to the uninitiated. Whether it's the archaic language on your self-assessment tax form or the Latinate names spouted by your gardener, it's easy to be made to feel like a second-class citizen by those in the know. Jargon is the key to their power, and for no-one is the breadth and depth of that mysterious language more complicated than for designers.

There was a time when that wasn't so. Talent notwithstanding, to be a designer you simply had to be handy with a Rotring pen, a 10A scalpel and some Cow Gum (remember that?). It didn't hurt to have a cool haircut, too. Now it's another story: the computer has welded traditional crafts to modern technology, consolidating decades of typographical knowledge, scientific research into colour, mathematical algorithms, and staggering advances in photography, then dumping it all onto the same screen, all in front of a single designer. You.

As well as hijacking – or, more kindly, borrowing from – the vast vernacular already on hand, computers have also brought their own terminology to the field of design. Indeed, many of the modern designer's mainstays – Web design, to use the obvious example – exist thanks to the marriage of computer technology to conventional graphic skills.

In short, there are truckloads of words out there; they need translating and that is what this book does. Drawing on the talents behind ILEX's wealth of creative titles, we've built the most comprehensive, up-to-date guide to the digital designer's lexicon. Our contributors include professional photographers, 3D designers, video editors, graphic designers, typographers and more. Between them you can pretty much guarantee that, if you need to know it, it's in here.



## About the author

**Alastair Campbell** cofounded the design group QED, which won numerous awards, including a Designers' and Art Directors' Association Silver Award. Later, as creative director of one of the world's largest producers of illustrated books, he produced award-winning titles on art and design. He has lectured extensively on design, typography and illustration, and was external examiner of graphic design at Middlesex University. In 1996 he received a *MacUser* magazine Eddy Award for his resource *Mountain High Maps*. He is author of *The Graphic Designer's Handbook*, *The MacDesigner's Handbook* and *The Digital Designer's Bible*.

In just a short space of time advances in technology have revolutionized design practice, and it can often feel as though it's a struggle to keep up.

Whether you're a designer, or working in a related field such as print, production, publishing or editing, this comprehensive dictionary of design terms is for you. There are more than 5000 definitions covering everything from traditional typesetting and prepress to the latest digital media, including the Web, 3D and even tools in popular software.



**1        2**
**absolute URL (int)** A complete address, or 'uniform resource locator' (URL), which takes you to a specific location in a website rather than its home
**3** page. An absolute URL will contain the full file path to the page document location on the host server and will appear, for example, as
**4** 'http://www.yoursite.com/extrainfo/aboutyou.htm'.
→ URL

**1** KEYWORD **2** CATEGORY **3** DESCRIPTION **4** EXAMPLE

Every entry has been checked by an expert. Whether you are looking for an obscure printing term or a modern filetype, we've got it covered.

ISBN 1-904705-35-9

9 781904 705352

| | |
|---|---|
| Category 1 | Design |
| Category 2 | Publishing |
| User-level | All levels |
| Covers | Audio, Design, Internet, Macintosh, Photography, Printing and finishing, Typography, Windows |

ILEX

The Old Candlemaker
West Street
Lewes
East Sussex BN7 2NZ
www.ilex-press.com

KN-762-256