IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | |
| **BRAZOS LICENSING AND** | § | **CIVIL ACTION 6:20-cv-01163-ADA** |
| **DEVELOPMENT,** | § | **CIVIL ACTION 6:20-cv-01164-ADA** |
| *Plaintiff*, | § | **CIVIL ACTION 6:20-cv-01165-ADA** |
| | § | **CIVIL ACTION 6:20-cv-01166-ADA** |
| v. | § | **CIVIL ACTION 6:20-cv-01167-ADA** |
| | § | **CIVIL ACTION 6:20-cv-01168-ADA** |
| **SALESFORCE.COM, INC.,** | § | **CIVIL ACTION 6:20-cv-01169-ADA** |
| *Defendant.* | § | **CIVIL ACTION 6:20-cv-01170-ADA** |
| | § | **CIVIL ACTION 6:20-cv-01171-ADA** |
| | § | **CIVIL ACTION 6:20-cv-01172-ADA** |

## JOINT NOTICE CONCERNING SCHEDULING ORDER

TO THE HONORABLE COURT:

Plaintiff WSOU Investments, LLC ("WSOU") and Defendant Salesforce.com, Inc. ("Salesforce") (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadline, submit this Joint Notice to memorialize their agreement to extend case deadlines. Importantly, the adjusted dates do not affect dates that would affect the Court (i.e., the *Markman* hearing date). The Parties have jointly agreed to modify the schedule as follows:

| Date | Item |
|---|---|
| **February 3, 2022** | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement o Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |

1

Date: January 26, 2022                    Respectfully submitted,

                        */s/ Mark D. Siegmund*
                        Mark D. Siegmund
                        Texas Bar No. 24117055
                        mark@swclaw.com
                        **STECKLER WAYNE COCHRAN**
                        **CHERRY, PLLC**
                        8416 Old McGregor Rd.
                        Waco, Texas 76712
                        Telephone: (254) 651-3690
                        Facsimile: (254) 651-3689

                        James L. Etheridge
                        Texas Bar No. 24059147
                        Ryan S. Loveless
                        Texas Bar No. 24036997
                        Brett A. Mangrum
                        Texas Bar No. 24065671
                        Travis L. Richins
                        Texas Bar No. 24061296
                        Jeff Huang
                        Etheridge Law Group, PLLC
                        2600 E. Southlake Blvd., Suite 120 / 324
                        Southlake, TX 76092
                        Tel.: (817) 470-7249
                        Fax: (817) 887-5950
                        Jim@EtheridgeLaw.com
                        Ryan@EtheridgeLaw.com
                        Brett@EtheridgeLaw.com
                        Travis@EtheridgeLaw.com
                        Jeff@EtheridgeLaw.com

                        **ATTORNEYS FOR PLAINTIFF WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT**

Date: January 26, 2022                    Respectfully submitted,

                        */s/ Kevin Johnson*
                        Scott L. Cole
                        scottcole@quinnemanuel.com
                        Quinn Emanuel Urquhart & Sullivan, LLP
                        201 West 5th Street
                        11th Floor

Austin, TX 78701
Telephone: (737) 667-6104

Kevin P.B. Johnson
kevinjohnson@quinnemanuel.com
Todd Briggs
toddbriggs@quinnemanuel.com
Ray R. Zado
rayzado@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Sam Stake
samstake@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, Floor 22,
San Francisco CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

**ATTORNEYS FOR SALESFORCE.COM, INC.**