IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>*Plaintiff*<br><br>-v-<br><br>SALESFORCE.COM, INC,<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 6:20-cv-1163-ADA<br>6:20-cv-1164-ADA<br>6:20-cv-1165-ADA<br>6:20-cv-1166-ADA<br>6:20-cv-1167-ADA<br>6:20-cv-1168-ADA<br>6:20-cv-1169-ADA<br>6:20-cv-1170-ADA<br>6:20-cv-1171-ADA<br>6:20-cv-1172-ADA |

## CLAIM CONSTRUCTION ORDER

The Court held a *Markman* hearing on February 16, 2022. During that hearing, the Court provided its final constructions. The Court now enters those claim constructions.

**SIGNED** this 22nd day of February, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

| -1163 Case, United States Patent No. 7,551,731 | | | |
|---|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** | **Court's Preliminary Construction** |
| "calling terminal" (Claims 1, 2, 7-11, 16-17)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | "a device that originates a call" | Plain and Ordinary Meaning |
| "called terminal" (Claims 10, 11)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | "a device to which a call is directed" | Plain and Ordinary Meaning |
| "changeable by at least one of the calling terminal and a network" (Claims 1, 10, 16)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | "changeable by a device that originates a call or a network supporting that device" | Plain and Ordinary Meaning |
| "looking up, based on at least one of a hour, minute, second and day" (Claims 1, 10)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | "looking up based on a particular point in time defined by at least an hour, minute, second, or day (as opposed to an appropriate time)" | Plain and Ordinary Meaning |

| -1164 Case, United States Patent No. 8,209,411 | | | |
|---|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** | **Court's Preliminary Construction** |
| "messaging gateway" (Claims 1, 10, 18) (Proposed by Defendant) | Plain and ordinary meaning | "a device or program to connect disparate computer network environments and deliver content from the first network environment to a specific apparatus in the second network environment" | Plain and Ordinary Meaning |

| -1165 Case, United States Patent No. 8,280,928 ||||
|---|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** | **Court's Preliminary Construction** |
| "directory" (Claims 1, 13)<br><br>Proposed by Defendant | The preambles of claims 1 and 13 do not recite "directory" as a limitation. | "An entity in a file system which contains a group of files and/or other directories" | The preambles are not limiting. |
| "identifying a single initial descriptor that links a plurality of descriptors and two or more predecessor descriptors linking another single descriptor" (Claims 1, 13)<br><br>Proposed by Defendant | Plain and ordinary meaning | "identifying a single initial descriptor in a first level of the hierarchy, the single initial descriptor linked to a plurality of descriptors in a second level of the hierarchy, the plurality of descriptors linked to two or more predecessor descriptors in a third level of the hierarchy, and the two or more predecessor descriptors linked to another single initial descriptor that is in a fourth level of the hierarchy" | Plain and Ordinary Meaning[1]<br><br>[1] – The associated hierarchy comprises at least four levels |

| -1166 Case, United States Patent No. 8,335,819 ||||
|---|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** | **Court's Preliminary Construction** |
| "first time request" (Claims 1, 8, 16)<br><br>Proposed by Defendant | Plain and ordinary meaning | "a request before a client-side persistency file has been created or a request where no previous session information exists" | "a request before a client-side persistency file has been created or a request where no previous session information exists" |
| "scripting file" (Claims 1-2, 5, 7-9, 12, 14, 16-17)<br><br>Proposed by Defendant | Plain and ordinary meaning | "file written in a scripting language that is interpreted at runtime instead of being compiled into machine language instructions" | Plain and Ordinary Meaning |

| -1167 Case, United States Patent No. 8,369,827 | | | |
|---|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** | **Court's Preliminary Construction** |
| "Subscriber Profile Repository (SPR)" (Claims 1, 14)<br><br>Proposed by Defendant | Plain-and-ordinary meaning; the preambles of claims 1 and 14 do not recite "Subscriber Profile Repository (SPR)" as a limitation | "a logical entity containing all subscriber/subscription related information needed for subscription-based policies and Policy and Charging Control rules as defined by the 3GPP standard" | The preamble is not limiting except for "unique subscriber record" and "subscription identifiers" |

| -1168 Case, United States Patent No. 8,391,892 ||||
|---|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** | **Court's Preliminary Construction** |
| The claimed order of steps 1-4 (Claim 1)<br><br>(Proposed by Defendant) | Claim 1 does not require a specific order for the steps Salesforce identifies. | The following steps of claim 1 must be executed in the order recited: "stor[ing]," "receiv[ing] a request," "allow[ing] or deny[ing] access," and "log[ging] the identity." | A: "stor[ing],"<br>B: "receiv[ing] a request,"<br>C: "allow[ing] or deny[ing] access," and<br>D: "log[ging] the identity."<br><br>The following steps of claim 1 must be executed in the following order:<br><br>- A and B do not need to occur in order<br>- C has to start after B<br>- D has to start after B or C |

| -1169 Case, United States Patent No. 8,923,899 ||||
|---|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** | **Court's Preliminary Construction** |
| "Session Initiation Protocol (SIP) request" / "SIP request" (Claims 1-2, 6-9, 13-16)<br><br>Proposed by Defendant | Plain and ordinary meaning | "a message conforming to the request message format of the Session Initiation Protocol specification as set forth in RFC 3261 published by the Internet Engineering Task Force" | Plain-and-ordinary meaning |
| "RESTful" (Claims 1, 3, 6-8, 10, 13-16)<br><br>Proposed by Defendant | Plain and ordinary meaning | "conforming to the Representational State Transfer (REST) architectural style consisting of architectural elements and a set of constraints applied to the elements of the architecture" | Plain-and-ordinary meaning ("REST" corresponds to "Representational State Transfer") |

| -1170 Case, United States Patent No. 9,088,493 ||||
|---|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** | **Court's Preliminary Construction** |
| "[A] login of the user with one of the one or more online services" (Claims 1, 5)<br><br>Proposed by Defendant | Plain and ordinary meaning | "an entering of user information in order to access an online service" | Plain-and-ordinary meaning |
| "determining … a pattern of consistent usage from the timing information" (Claims 1, 5)<br><br>Proposed by Defendant) | Plain and ordinary meaning | Indefinite, or, in the alternative, "determining, based on applying a set of predefined rules to the timing information, that the user's usage of an online service is free from variation to a certain degree for a certain time window" | Not indefinite.  Plain-and-ordinary meaning. |

| "a consistency of the determined pattern of consistent usage" (Claims 1, 5)  Proposed by Defendant | Plain and ordinary meaning | Indefinite, or, in the alternative, "the extent to which the previously determined pattern of consistent usage is within a certain tolerance range or time window based on the predefined rules applied to the timing information" | Not indefinite. Plain-and-ordinary meaning. |
|---|---|---|---|

| -1171 Case, United States Patent No. 9,277,060 | | | |
|---|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** | **Court's Preliminary Construction** |
| "event" (Claims 1, 5, 8, 9, 11, 17, 18, 21)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | "communication associated with an identifier" | Plain and ordinary meaning |
| "log(s)" (Claims 1, 2, 3, 11, 17, 21)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | "a logically or physically separate data store that provides a history of prior communications and attempted communications of a single event type and is automatically updated without user input" | Plain and ordinary meaning |

| -1172 Case, United States Patent No. 9,336,320 ||||
|---|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** | **Court's Preliminary Construction** |
| "presented in a manner indicating that the at least one menu item is unavailable" (Claims 1, 10)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | "graphically depicting a previously selectable menu item that cannot be selected; removing the menu item is not graphically depicting" | "graphically depicting a menu item that cannot be selected" |
| "the menu items are associated with the two or more different services" (Claims 1, 10)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | "the menu items are each associated with at least two different services" | Plain and ordinary meaning |