IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>*Plaintiff*<br><br>-v-<br><br>SALESFORCE.COM, INC,<br>*Defendant* | § § § § § § § § § § § | 6:20-cv-1165-ADA<br>6:20-cv-1166-ADA<br>6:20-cv-1167-ADA<br>6:20-cv-1169-ADA<br>6:20-cv-1170-ADA |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through today and finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

Plaintiff:      $7,051.17
Defendant:   $7,051.17

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 22nd day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE